FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEROME TERRY, JR.,<br>  aka "Jay,"<br>  aka "J,"<br>  aka "Jermaine Talar,"<br>SHYANNA LEIGH TALBOT,<br>  aka "Leigh Jameson,"<br>  aka "Just Shyy,"<br>  aka "Shy," and<br>RANA K. FAKHOURI,<br>  aka "Carmin Jacobs,"<br>  aka "Carmen,"<br><br>    Defendants. | CR No. 17 CR 00577-ODW<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1594(c): Conspiracy to Engage in Sex Trafficking; 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1): Sex Trafficking; 18 U.S.C. § 2421: Transportation of an Individual in Interstate Commerce with Intent that the Individual Engage in Prostitution; 18 U.S.C. § 2422(a): Enticement to Travel in Interstate Commerce to Engage in Prostitution; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1594(c)]

Beginning on a date unknown and continuing to on or about January 26, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendants JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," SHYANNA LEIGH

TALBOT, aka "Leigh Jameson," aka "Just_Shyy," aka "Shy," and RANA K. FAKHOURI, aka "Carmin Jacobs," aka "Carmen," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means, and benefit, financially and by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means, victims T.F. and B.E., knowing and recklessly disregarding that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause victims T.F. and B.E. to engage in commercial sex acts, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1).

COUNT TWO

[18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1); 18 U.S.C. § 2(a)]

Beginning in or around March 2014, through on or about April 30, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," SHYANNA LEIGH TALBOT, aka "Leigh Jameson," aka "Just_Shyy," aka "Shy," and RANA K. FAKHOURI, aka "Carmin Jacobs," aka "Carmen," each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means, and benefitted, financially and by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means, victim T.F., knowing and recklessly disregarding that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause victim T.F. to engage in a commercial sex act.

b

COUNT THREE

[18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1); 18 U.S.C. § 2(a)]

Beginning in or around November 2014, through on or about January 26, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendants JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," and SHYANNA LEIGH TALBOT, aka "Leigh Jameson," aka "Just_Shyy," aka "Shy," each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means, and benefitted, financially and by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means, victim B.E., knowing and recklessly disregarding that threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause victim B.E. to engage in a commercial sex act.

## COUNT FOUR

[18 U.S.C. §§ 2421, 2(a)]

On or about April 27, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," SHYANNA LEIGH TALBOT, aka "Leigh Jameson," aka "Just_Shyy," aka "Shy," and RANA K. FAKHOURI, aka "Carmin Jacobs," aka "Carmen," each aiding and abetting the other, knowingly transported an individual, namely, victim T.F, in interstate and foreign commerce with the intent that victim T.F. engage in prostitution.

COUNT FIVE

[18 U.S.C. § 2421]

On or about January 17, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," knowingly transported an individual, namely, victim B.E., in interstate and foreign commerce with the intent that victim B.E. engage in prostitution.

COUNT SIX

[18 U.S.C. §§ 2422(a), 2(a)]

Beginning in or around March 2014, and continuing until on or about April 30, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," and SHYANNA LEIGH TALBOT, aka "Leigh Jameson," aka "Just_Shyy," aka "Shy," each aiding and abetting the other, knowingly persuaded, induced, enticed, and coerced an individual, namely, victim T.F., to travel in interstate and foreign commerce, from Canada to the United States, to engage in prostitution.

COUNT SEVEN

[18 U.S.C. § 2422(a)]

Beginning in or around November 2014, and continuing until on or about January 26, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEROME TERRY, JR., also known as ("aka") "Jay," aka "J," aka "Jermaine Talar," knowingly persuaded, induced, enticed, and coerced an individual, namely, victim B.E., to travel in interstate and foreign commerce, from Canada to the United States, to engage in prostitution.

A TRUE BILL

/S/
_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFF P. MITCHELL
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

WILSON PARK
DEVON MYERS
Assistant United States Attorneys
Violent & Organized Crime Section