# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR-17-0577-ODW-1 |
| Jerome Terry, Jr. DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of  Defendant , IT IS ORDERED that a detention hearing is set for 1/17/2019 , _____ , at 2:00 ☐ a.m. / ☒ p.m. before the Honorable Jean Rosenbluth , in Courtroom 690, 6th Floor .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: Jan. 11, 2019

_____
U.S. District Judge/Magistrate Judge